**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KEANA TAYLOR<br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME BUYER, LTD. (a/k/a Owner of Telephone Number 832-998-8783);<br>Owner of Telephone Number 281-402-8209;<br>CREI VENTURES, LLC d/b/a SENNA HOUSE BUYERS (a/k/a Owner of Telephone Number 281-535-2224);<br>Owner of Telephone Number 281-607-8196;<br>Owner of Telephone Number 281-699-1177;<br>Owner of Telephone Number 281-800-5199;<br>COSPER HOLDINGS, (a/k/a Owner of Telephone Number 281-843-5253);<br>Owner of Telephone Number 346-253-2115;<br>Owner of Telephone Number 346-478-3418;<br>Owner of Telephone Number 346-478-4901;<br>Owner of Telephone Number 346-567-5943;<br>Owner of Telephone Number 409-230-5623;<br>911 REAL ESTATE SOLUTIONS, LLC (a/k/a Owner of Telephone Number 469-731-4249);<br>Owner of Telephone Number 484-497-9358;<br>Owner of Telephone Number 517-300-3765;<br>Owner of Telephone Number 631-318-6850;<br>Owner of Telephone Number 706-914-1188;<br>Owner of Telephone Number 712-306-4711;<br>Owner of Telephone Number 713-461-9445;<br>Owner of Telephone Number 802-213-6855;<br>Owner of Telephone Number 817-904-4153;<br>Owner of Telephone Number 832-520-2365;<br>Owner of Telephone Number 832-639-6885;<br>Owner of Telephone Number 832-645-2412;<br>Owner of Telephone Number 832-669-6148;<br>HOUSTON HOME BUYERS LLC (a/k/a Owner of Telephone Number 832-688-4361);<br>Owner of Telephone Number 832-810-7697;<br>Owner of Telephone Number 833-234-9218;<br>Owner of Telephone Number 855-338-3699;<br>Owner of Telephone Number 855-452-9381; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-01169<br><br>**JURY TRIAL DEMANDED** |

Owner of Telephone Number 877-402-8249;
and
Owner of Telephone Number 972-979-4951.
Defendants.

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Keana Taylor ("Plaintiff") dismisses with prejudice all claims for relief asserted against Defendant Spearman Capital, LLC a/k/a Owner of Telephone Number 832-639-6885.

November 1, 2022

Respectfully submitted,

*Keana T. Taylor*


Keana T. Taylor
Texas State Bar No: 24042013
**Upshaw PLLC**
914 E. 25th St.
Houston, Texas 77009
Telephone: 713-299-6404
Fax: 972-920-8001
Email: keanataylor@upshawpllc.com


## CERTIFICATE OF SERVICE

I hereby certify that today, November 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*Keana T. Taylor*
Keana T. Taylor